

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00843-CV

**IN RE ALAMO TITLE INSURANCE, ALAMO TITLE COMPANY, AND FIDELITY NATIONAL TITLE GROUP, INC**.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-07786
Honorable Laura Salinas, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On December 14, 2022, relators filed a petition for writ of mandamus. This court is of the tentative opinion that a serious question concerning the requested relief requires further consideration. Therefore, the court requests that respondent and real parties in interest file a response to the petition **on or before January 17, 2023**. *See* TEX. R. APP. P. 52.8(b). Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We **ORDER** relators to file, no later than **January 9, 2023**, the complete transcript of the June 2, 2020 hearing on relators' motion to stay or to abate.

It is so **ORDERED** on December 28, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-07786, styled *Matiraan, LTD. and Marylyn House v. Alamo Title Insurance, Alamo Title Company, and Fidelity National Title Group, Inc*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.